# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Arkansas

Case Number: 4:26-CV-1196-LPR

Plaintiff: **ADP LITTLE ROCK DATA HUB, LLC**
vs.
Defendants: **PULASKI COUNTY, ARKANSAS; BARRY HYDE, in his official capacity as Pulaski County Judge; JULIE BLACKWOOD, in her office capacity as Pulaski County Justice of the Peace**

For: Alexander T. Jones
Kutak Rock LLP

Received by Myers Detective Agency LLC on the 30th day of October, 2026 at 9:13 am to be served on **Julie Blackwood, 4619 North Lookout Road, Little Rock, AR 72205**. I, Sammie Robinson, being duly sworn, depose and say that on the 30 day of October, 2026 at 5:16 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS 1 - 7, ENCLOSURES A - G** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving ______________ as ______________, a member of the defendant's family at least 18 years of age where the defendant resides.

( ) PROXIMITY SERVICE: After making my purpose clear, I left the documents in the close proximity of the defendant by placing them ______________ after he/she refused to receive them when I offered them to him/her.

( ) OTHER: ______________

SERVICE COMPLETED AT: (X) ADDRESS ABOVE ( ) OTHER LOCATION: ______________

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** ______________

Age 62 Sex M (F) Race W Height 5'4 Weight 140 Hair Reddish Glasses (Y) N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Arkansas
County of Pulaski

Subscribed and Sworn to before me on this 3 day of Nov 2026 by the affiant who is personally known to me.

Marrissa Doan
NOTARY PUBLIC My commission expires: 1/15/2035

MARRISSA DOAN
COMM. EXP. 1-15-2035
No. 12402652
SALINE COUNTY
NOTARY PUBLIC - ARKANSAS

[signature]
PROCESS SERVER # ______________
Appointed in accordance with State Statutes

**Myers Detective Agency LLC**
**323 Center Street**
**Suite 1425**
**Little Rock, AR 72201**
**(501) 376-6266**

Our Job Serial Number: 2026012638