**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADP LITTLE ROCK DATA HUB, LLC** **PLAINTIFF**

**vs.** **Case No. 4:26-cv-1196-LPR**

**PULASKI COUNTY, ARKANSAS;**
**BARRY HYDE, in his official capacity**
**as Pulaski County Judge;**
**JULIE BLACKWOOD, in her official capacity**
**as Pulaski County Justice of the Peace** **DEFENDANTS**

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff ADP Little Rock Data Hub, LLC ("ADP") moves the Court for entry of a preliminary injunction in this action. Fed. R. Civ. P. 65(a). For its motion, ADP states:

1. The Court should enter a preliminary injunction order to restrain Defendants Pulaski County, Arkansas and Barry Hyde, in his official capacity as Pulaski County Judge, from taking any action to enforce Pulaski County Ordinance No. 26-OR-19 against ADP.

2. The Court should enter a preliminary injunction order to compel defendants Pulaski County, Arkansas and Pulaski County Justice of the Peace Julie Blackwood, and all persons in active concert with them, to achieve immediate and complete compliance with their obligations under the Arkansas Freedom of Information Act.

3. ADP is likely to succeed on the merits of its claims; it will suffer irreparable harm in the absence of preliminary injunctive relief; the balance of the equities favor the preliminary injunction; and so too does the public interest.

4. The Court should direct Defendants to ensure actual notice of the entry of preliminary injunctive relief to all their officers, agents, servants, employees, and all persons in active concert or participation with each class of persons listed in Fed. R. Civ. P. 65(d)(2).

5. ADP has served process on all Defendants.

6. ADP requests that the Court set an expedited evidentiary hearing to allow for submission of evidence in support of this motion while affording reasonable notice for Defendants to present evidence and argument of their own.

7. In support of this motion, ADP submits a memorandum brief in support and the following exhibits:

- Exhibit 1: Declaration of Kevin Murphy.
- Exhibit 2: Item 26-I-71.
- Exhibit 3: Deliberation-Polling Text Messages.
- Exhibit 4: June 3-4, 2026 Email Correspondence.
- Exhibit 5: Capps-Blagg Text Messages.
- Exhibit 6: Summary of Justice Blackwood August Call/Text Logs.
- Exhibit 7: Aug. 14, 2026 Email Correspondence.
- Exhibit 8: Blackwood-Blagg Text Messages.
- Exhibit 9: Sept. 18, 2026 Email Correspondence.
- Exhibit 10: Summary of Justice Blackwood October Call/Text Logs.
- Exhibit 11: Article Quoting Justice Blackwood.
- Exhibit 12: Griffen Facebook Post re: AVAIO.

WHEREFORE, plaintiff ADP Little Rock Data Hub, LLC requests that the Court grant its motion for preliminary injunction to (1) restrain Defendants and all persons under Rule 65(d)(2) from enforcing Ordinance 26-OR-19 against ADP and its privies; (2) direct Defendants to make actual notice of the Court's order to all persons identified in Rule 65(d)(2); and (3) order Defendants' immediate and complete compliance with the Freedom of Information Act.

Dated: November 4, 2026.

**KUTAK ROCK LLP**

Jess Askew III, Ark. Bar No. 86005
Alexander T. Jones, Ark. Bar No. 2015246
Shayla I. Dawson, Ark. Bar No. 2023283
Adam P. Hagler, Ark. Bar No. 2026161
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
jess.askew@kutakrock.com
alex.jones@kutakrock.com
shayla.dawson@kutakrock.com
adam.hagler@kutakrock.com

*Attorneys for ADP Little Rock Data Hub, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Rule 5(d)(1)(B), I hereby certify that on November 4, 2026, I served the foregoing on all Defendants pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure and by email transmission to email addresses intended to give prompt notice to all Defendants.



Alexander T. Jones