**DECLARATION OF KEVIN MURPHY**

I, Kevin Murphy, do hereby state under oath on my personal knowledge:

1. I am an adult of sound mind capable of swearing an oath and attesting to the following facts.

2. I am a United States citizen and domiciliary of Connecticut.

3. I am the Vice President of ADP Little Rock Data Hub, LLC ("ADP") and President of AVAIO Digital Partners.

4. In making this declaration, I act as an authorized agent of ADP.

5. I have been personally involved with the planning, approval, and development of ADP's data center facility in Pulaski County, Arkansas.

6. I have reviewed ADP's Complaint filed in this action and subscribe to the truth of the facts alleged in ADP's Complaint to the best of my knowledge, information, and belief.

7. I have custody of and have reviewed business records, documents, and files of ADP's regularly conducted business activities as they relate to its Complaint in this case ("Business Records").

8. The Business Records consist of: (i) records, instruments, signed writings, and data compilations of acts and events made at or near the time by, or from information transmitted by, a person with knowledge; (ii) made as part of the regular practice of ADP's business activities; and (iii) kept in the course of ADP's regularly conducted business activities.

9. I have personal knowledge that ADP has already spent tens of millions of dollars to purchase land, undertake design, site plan approval, construction works, utility interconnection, financing, and agreements, and entered into a binding power purchase agreement with Entergy

EXHIBIT

1

obligating AVAIO to spend hundreds of millions of dollars purchasing electricity, all in order to develop ADP's data center project in Pulaski County, Arkansas.

10. ADP's expenditures are evidenced by Business Records that ADP will submit to the Court under seal and for exchange with all parties upon entry of an appropriate protective order to protect the confidentiality of ADP's trade secrets and confidential commercial information.

11. ADP's data center is a new commercial or industrial customer of Entergy Arkansas, LLC ("Entergy").

12. ADP's data center is located at a single site behind one or more points of interconnection.

13. ADP's data center interconnects to the transmission system at a voltage level of greater than 69 kV.

14. ADP's data center is not part of a co-location arrangement.

15. ADP is a large load user to be interconnected on the national power grid subject to regulatory review and approval by the Federal Energy Regulatory Commission ("FERC").

16. ADP coordinates with Entergy Arkansas, LLC ("Entergy") in Entergy's submission of applications subject to regulatory review and approval by FERC, via the Midcontinent Independent System Operator ("MISO"), and the Arkansas Public Service Commission ("PSC").

17. ADP is continuing to incur additional expenses as construction begins. Construction must proceed immediately to meet the required start date in ADP's binding Agreement for Electric Service ("AES") with Entergy for the supply of up to 150 megawatts ("MW") of electricity to its data center at an annual cost of tens of millions of dollars.

18. Delays caused by the Ordinance's indeterminate suitability and feasibility studies beyond the County's lawful jurisdiction will threaten critical deadlines for ADP's project and will foreseeably cause loss of goodwill for ADP and its affiliates among its customers and vendors.

19. ADP supports clear, lawful land use rules that protect the communities where it builds.

20. I have reviewed Pulaski County Ordinance 26-OR-19 ("Ordinance").

21. The Ordinance does not provide sufficient guidance for ADP to understand how to conduct itself or structure its project to satisfy the Ordinance's requirements.

22. The Ordinance imposes costly, duplicative, and conflicting requirements, including feasibility and suitability studies pertaining to electricity transmissions and pricing.

23. These costly and duplicative feasibility and suitability studies threaten to conflict with findings of feasibility and suitability studies already completed for MISO and PSC approvals of ADP's data center project.

24. Stable, reliable, and predictable electrical usage, supply, transmission, and capacity is critical to ADP's business model.

25. Enforcement of the Ordinance would cause ADP to sustain incalculable business injury, including the loss of goodwill, disruption of and interference with ADP's AES with Entergy, and disruption of and interference with ADP's other business relationships.

26. I am prepared to submit Business Records and offer testimony about these matters in specific detail, including the anticipated timeline and amounts of payments required under ADP's AES with Entergy, subject to reasonable measures imposed by the Court to protect ADP's trade secrets and confidential commercial information.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2026.

Signed by:
Kevin Murphy
14A6D05E5AA9457...

Kevin Murphy
Vice President and Authorized Agent
ADP Little Rock Data Hub, LLC