**Ordinance No.**

File stamp

Pulaski County Quorum Court
State of Arkansas
October 2026

Item: 26-I-71

By: Justice House

## AN ORDINANCE

BE IT ENACTED BY THE QUORUM COURT OF THE COUNTY OF PULASKI, STATE OF ARKANSAS, AN ORDINANCE TO BE ENTITLED:

**AN ORDINANCE AMENDING THE PULASKI COUNTY SUBDIVISION AND DEVELOPMENT CODE TO ESTABLISH DATA CENTER DEVELOPMENT STANDARDS, APPLICATION REQUIREMENTS, OPERATIONAL REQUIREMENTS, REPORTING OBLIGATIONS, AND REVIEW PROCEDURES FOR REGULATED DATA CENTER FACILITIES LOCATED WITHIN THE UNINCORPORATED AREAS OF PULASKI COUNTY, ARKANSAS; AND FOR OTHER PURPOSES.**

WHEREAS, Pulaski County recognizes the growth of artificial intelligence infrastructure, cloud computing facilities, hyperscale computing facilities, cryptocurrency processing facilities, and other high-density digital operations; and

WHEREAS, such facilities may provide economic development opportunities, tax revenue, technological investment, and employment benefits to Pulaski County and the surrounding region; and

WHEREAS, large-scale data centers may impose substantial demands upon electrical infrastructure, water systems, wastewater systems, transportation infrastructure, stormwater management systems, emergency services, and natural resources; and

WHEREAS, Pulaski County has a compelling governmental interest in protecting public health, safety, welfare, environmental quality, utility reliability, and infrastructure capacity while accommodating responsible economic development; and

WHEREAS, the Quorum Court finds it necessary to establish clear development standards and Site Plan application requirements for Regulated Data Centers within the unincorporated areas of Pulaski County.

**NOW, THEREFORE, BE IT ORDAINED BY THE QUORUM COURT OF PULASKI COUNTY, ARKANSAS:**

EXHIBIT
2

**ARTICLE I. <u>DEFINITIONS</u>**. The following definitions are hereby added to the Pulaski County Subdivision and Development Code (the "<u>Code</u>"):

<u>Data Center</u>. A facility used primarily for the storage, management, processing, and transmission of digital data, which houses computer or network equipment, including servers, switches, routers, and associated infrastructure such as air handling equipment, cooling equipment, backup power generation, fuel storage, water storage, electrical substations, battery energy storage systems, and other utility infrastructure necessary to support sustained operations.

<u>Regulated Data Center</u>. Any: (i) new Data Center development having an anticipated electrical demand greater than ten (10) megawatts or utility power; or (ii) expansion of an existing Data Center resulting in an increased electrical demand of greater than ten (10) megawatts of utility power that requires a change to an existing Site Plan.

**ARTICLE II. <u>DATA CENTER DEVELOPMENT STANDARDS</u>.**

SECTION 2.01 <u>Purpose and Intent</u>. The purpose of this Article is to establish use-specific standards for Regulated Data Center facilities in order to:

a) Accommodate the responsible development of digital infrastructure consistent with Pulaski County's economic development goals.

b) Protect adjacent residential, agricultural, institutional, and environmentally sensitive areas from noise, visual, traffic, and environmental impacts.

c) Ensure adequate utility, water, transportation, and emergency response infrastructure is available prior to operation.

d) Provide predictability for applicants, neighboring property owners, and County officials.

SECTION 2.02 <u>Development Standards</u>.

a) Backup Generators and Air Quality:

1) All diesel backup generators shall meet U.S. Environmental Protection Agency Tier 4 or Tier 4-equivalent emission standards as of the date of this Ordinance.

2) Routine, non-emergency generator testing shall be limited to Monday through Friday, between 10:00 a.m. and 4:00 p.m., excluding federal and state holidays.

3) The operator of a Regulated Data Center shall provide written notice by certified mail of any scheduled generator testing to all residential property owners whose parcels are located within one thousand (1,000) feet of any Regulated Data Center building not less than twenty-four (24) hours in advance.

4) Annual generator testing data and emissions reports shall be submitted to the Pulaski County Planning and Development Department.

5) All fuel storage facilities shall comply with applicable federal, state, and local regulations and applicable National Fire Protection Association (NFPA) standards. A fuel handling and spill response plan shall be submitted with the Site Plan application in accordance with the procedures outlined in the Code.

b) Cooling Systems:

1) All cooling systems shall be fully air-cooled, high-efficiency liquid cooled, or equivalent technologies designed to minimize water consumption and wastewater discharge.

2) Open-loop and once-through cooling systems are prohibited.

3) Evaporative-only cooling systems using potable water as the primary cooling medium are prohibited.

4) Groundwater taken from wells may not be utilized as the primary cooling water source provided however that closed-loop ground source heat pumps are not prohibited..

5) Each Site Plan application for a Regulated Data Center shall include a Water Utilization Report prepared and certified by a professional engineer licensed in Arkansas identifying:

(i) Total daily water demand;
(ii) Water sources;
(iii) Discharge volumes;
(iv) Discharge destinations;
(v) Cooling system type;
(vi) Design Water Use Effectiveness (WUE); and
(vii) Compliance with applicable stormwater requirements.

6) Design WUE shall not exceed 0.5 liters per kilowatt-hour at full load.

7) Actual operating WUE shall be reported annually.

8) All cooling water discharged from the facility shall comply with requirements imposed by the applicable sewer district having jurisdiction over the Regulated Data Center project or the Arkansas Department of Environmental Quality (ADEQ), as applicable.

9) Acceptance of cooling water discharge shall remain within the sole discretion of the applicable sewer district, or the ADEQ, as applicable.

10) Chemically treated cooling water shall not be discharged to surface waters or stormwater systems.

c) Energy and Electrical Service:

1) Nothing in this Ordinance shall be construed as regulating a public utility subject to the jurisdiction of the Arkansas Public Service Commission.

2) Each Site Plan application for a Regulated Data Center shall include a Will Serve Letter from the applicable electric utility identifying:

(i) Available electrical capacity;
(ii) Required transmission upgrades;
(iii) Required substation upgrades;
(iv) Required generation upgrades; and
(v) Any applicable utility agreements or tariffs.

3) Any proposed substation shall be constructed in accordance with all applicable Arkansas Public Service Commission requirements and National Electrical Safety Code standards.

d) Noise Standards:

1) Sound levels shall not exceed the following limits measured at the receiving property line:

| Adjacent Property Type | Daytime | Nighttime | C-weighted (24h) |
|---|---|---|---|
| Residential | 60 dBA | 55 dBA | 60dBC |
| Commercial | 65 dBA | 60 dBA | 70dBC |
| Industrial | 70 dBA | 65 dBA | 75dBC |

2) A pre-construction acoustical study shall be submitted with the Site Plan application.

3) A post-construction verification study shall be completed within ninety (90) days after commencement of operations.

4) Annual acoustical verification studies shall thereafter be submitted to the County.

5) If a violation is identified, the Regulated Data Center operator shall submit a corrective action plan within thirty (30) days.

6) Compliance shall be achieved within one hundred eighty (180) days.

7) Failure to achieve compliance within one hundred eighty (180) days shall result in a civil penalty of Fifty Thousand Dollars ($50,000) per month until compliance is achieved.

e) Parking and Traffic:

1) Parking shall not be permitted within public rights-of-way.

2) No employee, contractor, vendor, visitor, or delivery vehicle may utilize public roads for routine parking.

3) A Construction Traffic Mitigation Plan shall be submitted to the County Planning Department prior to construction detailing:

(i) Haul routes;
(ii) Construction access routes;
(iii) Delivery schedules;
(iv) Measures to avoid peak congestion periods;
(v) Road protection measures; and
(vi) Traffic control measures.

f) Screening and Buffers:

1) Mechanical equipment, cooling equipment, generators, fuel tanks, substations, transformers, and battery systems shall be screened from public view.

2) Security fencing shall be non-reflective.

3) Screening shall be maintained for the life of the facility.

4) >100’ buffer is required along any frontage abutting residential property, planted with three staggered rows of evergreen trees with a minimum installing height of 6’, supplemented by deciduous canopy trees at intervals of not more than 30’. A landscape buffer of 50’+ required abutting non-residential property.

g) Setbacks and Site Design:

1) All Regulated Data Center buildings and associated infrastructure shall be located a minimum of five hundred (500) feet from any residential property line.

2) Regulated Data Center buildings shall not occupy more than fifty percent (50%) of the total lot area.

3) A wetland delineation prepared by a qualified professional shall accompany all Site Plan applications for Regulated Data Centers.

4) Building plans shall be submitted with the Site Plan application for a Regulated Data Center showing:

(i) Fire water loops;
(ii) Fire hydrant locations;
(iii) Battery storage locations;
(iv) Emergency access routes; and
(v) Other life safety infrastructure.

5) Such plans shall be provided to the Director of Pulaski County Emergency Management.

6) Prior to commencement of construction, the Regulated Data Center applicant shall conduct a coordination meeting with:

(i) The Director of Pulaski County Emergency Management;
(ii) Any fire department serving the Regulated Data Center project; and
(iii) Other applicable emergency response agencies.

7) An Emergency Management Plan shall be presented during such meeting.

SECTION 2.03 Community Engagement.

a) Community Meeting Requirement. Prior to filing a Site Plan application for a Regulated Data Center, the applicant shall conduct at least one community meeting within reasonable proximity to the proposed project.

b) Notice Requirements.

1) Notice shall be mailed to all property owners within two (2) miles of the proposed Regulated Data Center buildings.

2) Notice shall be mailed not less than fourteen (14) days before the meeting.

3) Required Submission. The Regulated Data Center applicant shall submit the following to the Pulaski County Planning and Development Department:

(i) Notice materials;
(ii) List of recipients;
(iii) Meeting summary;
(iv) Attendance records; and
(v) Responses to comments received.

**ARTICLE III. MONITORING, REPORTING, AND RECORD KEEPING.**

SECTION 3.01 Annual Reports. The operator shall submit an annual report to the Pulaski County Planning and Development Department containing:

a) Noise verification study results;

b) Generator testing and emissions data;

c) Actual WUE and power usage effectiveness;

d) Complaints received from residents within a 2-mile radius from a Regulated Data Center building and responses thereto;

e) Construction progress updates, if applicable;

f) Updated project schedule; and

g) Expected completion milestones for the next reporting period.

SECTION 3.02 Point of Contact. The operator shall designate a community liaison and maintain current contact information with the County.

SECTION 3.03 Recordkeeping. All records relating to compliance with this Ordinance shall be maintained by the Pulaski County Planning and Development Department.

**ARTICLE IV. APPLICATION PROCESS.**

SECTION 4.01 Applicability. This Article applies to Regulated Data Centers.

SECTION 4.02 Application Fee. A non-refundable application fee of Fifty Thousand Dollars ($50,000.00) shall accompany each Site Plan application for a Regulated Data Center project.

SECTION 4.03 Review.

a) Applicants remain subject to all applicable Site Plan requirements currently in effect.

b) The Planning Department shall notify the applicant of the completeness of their application within two weeks of receipt of the application.

c) The Planning Department shall, within 60 days of a complete Site Plan application, approve, approve with conditions, deny, or defer at the applicant's request for the submitted Site Plan application in accordance with the purposes and procedures outline in the Code.

SECTION 4.04 Approval. The Planning Director shall approve the Site Plan application for a Regulated Data Center upon determining that all requirements of this Ordinance and the Code have been satisfied.

SECTION 4.05 Variances. Any deviation from the requirements of this Ordinance shall require:

a) Recommendation from the Pulaski County Planning Board; and

b) Approval by the Pulaski County Quorum Court.

**ARTICLE V. <u>NO RETROACTIVITY.</u>**

SECTION 5.01 <u>Generally</u>. This Ordinance shall apply only to:

a) New Site Plan applications for Regulated Data Center projects submitted after the effective date of this Ordinance; and

b) Future expansions of existing Data Centers increasing electrical demand by five (5) megawatts or more.

SECTION 5.02 <u>Existing Projects</u>. Facilities possessing an approved Site Plan prior to the effective date of this Ordinance shall not be required to comply with this Ordinance unless subject to a future expansion described above.

**ARTICLE VI. <u>SEVERABILITY</u>**: If any provision of this Ordinance is held invalid, such invalidity shall not affect any remaining provisions which can be given effect without the invalid provision.

**ARTICLE VII. <u>REPEALER:</u>** All ordinances and parts of ordinances in conflict herewith are hereby repealed to the extent of such conflict.

APPROVED AS TO FORM: ______________________________ DATE: __________
County Attorney Office

APPROVED: ______________________ DATE: __________
County Judge - Barry Hyde

ATTEST: ______________________________ DATE: __________
Circuit County Clerk - Terri Hollingsworth