| | |
|---|---|
| **From:** | Natalie Capps <nataliecappsjp@gmail.com> |
| **Sent:** | Sunday, October 25, 2026 5:48 PM UTC |
| **To:** | Natalie Capps <nataliecappsjp@gmail.com> |
| **Subject:** | Foia |
| **Attachments:** | image0.png, image1.png, image2.png, image3.png, image4.png, image5.png, image6.png, image7.png, image8.png, image9.png, image10.png, image11.png, image12.png, image13.png, image14.png, image15.png, image16.png, image17.png, image18.png, image19.png, image20.png, image21.png, image22.png |










**EXHIBIT**

**3**


12:46
Justin
I think so but that would be a question better directed to Cranor.
I'm sure Avaio is open to making some concessions. Like asking them to install filters on the generators (they did it for their location in California).
I texted him early and haven't gotten a response yet. Hopefully I will hear back
iMessage


12:46
JC
Jim
Thu, Jul 16 at 8:08 AM
If we could get some regulatory ordinances passed prior to final approval for AVAIO would it apply to them?
Fri, Jul 17 at 1:52 PM
Are you able to answer this question? Happy to visit if a phone call is better
Text Message • SMS


12:45
+1 (501) 681-...
Conditional Use Permit and Regulations. Judge Griffen believes that since the PSC has not yet signed off on the approvals for Avaio they could be included in the moratorium. We need to be able to include Avaio.
Thanks,
Maureen MCCarthy
If you did not expect this message from an unknown sender, it may
iMessage


12:45
+1 (501) 681-...
Tue, Jul 28 at 2:12 PM
I hope you will continue supporting Justice Julie Blackwood and Judge Griffen's Conditional Use Permit and Regulations. Judge Griffen believes that since the PSC has not yet signed off on the approvals for Avaio they could be included in the moratorium. We need to be able to include Avaio.
iMessage
Maureen MCCarthy


12:45
4 People
I will have a press conference about the measure at 2 PM tomorrow on the first floor of the Towet Building at 323 Center Street. You are each welcome to attend it.
After months of turmoil, Pulaski


12:44
4 People
Unbelievable Rebekah!
Wendell Griffin
This controversy reeks with irony.
I appreciate being included in this conversation but think it violates open meet-

12:44

4 People

I appreciate being included in this conversation but think it violates open meeting laws. I am going to kindly excuse myself. See you all next Tuesday—have a great rest of the week.

Tue, Sep 1 at 5:55 PM

You left the conversation.

Tue, Sep 22 at 10:08 PM

Wendell Griffin

---

12:44

4 People

Tue, Sep 22 at 10:08 PM

Wendell Griffin

Good evening. I cannot end today without thanking each of you for co-sponsoring Item 26-I-56A.

Thank you for the long tedious hours you spent studying this subject over the past months.

Thank you for all you've done.

---

12:44

4 People

Wendell Griffin

I agree. I need to wait until January 1 for the message to stick. Until then, Judge Hyde has the power. Let's hope he hasn't made a secret deal!

Tue, Sep 1 at 5:23 PM

Rebekah Davis




will affect us all |
Nesrine Malik
4 People
We live on one planet.
Pulaski County cannot afford to ignore the current and coming effects of climate change.
Tue, Sep 1 at 9:30 AM
Rebekah Davis
Judge Wendell... I think you could stop Avaio if you told them you wouldn't give them tax abatements they would leave


billionaires
4 People
Good morning. FYI.
The Guardian Opinions
The Nepal floods seem a world away – but make no mistake, climate breakdown will affect us all | Nesrine Malik
theguardian.com
We live on one planet.


Arkansas Times
arktimes.com
4 People
This news makes the case for 26-I-56 and its emergency clause unmistakably clear!
Sat, Aug 29 at 8:54 AM
Julie Blackwood
As we have thought! We must pass I-56!
Sun, Aug 30 at 4:56 AM
Wendell Griffin
Good Sunday morning! I hope this FB post will be helpful in case you're getting pushback about Item


12:44
4 People
Good Sunday morning! I hope this FB post will be helpful in case you're getting pushback about Item 26-I-56 as an impediment to support for the Pulaski County Special School District.


4 People
Have a great Sunday!
Sun, Aug 30 at 8:51 AM
Julie Blackwood
You too Wendell!
Mon, Aug 31 at 3:26 AM
Wendell Griffin
The Guardian
The datacenter backlash is bringing the entire political spectrum together – against big tech


12:43
4 People
I will:-)
Sat, Aug 29 at 6:07 AM
Wendell Griffin
Good morning.
Giga-what?! AVAIO comes clean about big plans in Wrightsville - Arkansas Times

---

12:43

4 People

use permit ordinance to regulate high-intensity digital infrastructure project development. You might want to share it with other JPs.

Thanks for your leadership. Have a good weekend.

**EXTREME HEAT, DROUGHT, AND WHY PLA...**
**- Wendell Griffen**
facebook.com

WG

Fri, Aug 21 at 11:06 PM

Julie Blackwood

I will:-)

---

12:43

4 People

Fri, Aug 21 at 5:35 PM

Wendell Griffin

Good afternoon.

In case you haven't seen it yet, I'm pasting a link to a Facebook post I made today about how extreme heat and drought conditions show the need for the kind of rigorous land use planning in Item 26-I-56, your emergency conditional use permit ordinance to regulate high-intensity digital in-

---

12:43

4 People

You're leading Pulaski County in the right direction. Thank you.




**Three Utah politicians back...**
**- From Quarks to Quasars**
facebook.com

WG

Fri, Aug 21 at 5:35 PM

---

12:43

4 People

Wendell Griffin

Good day. This Facebook message is not about an isolated incident. Voters across the nation and political spectrum are ousting legislators they consider in cahoots with Big Tech predators.

You're leading Pulaski County in the right direction. Thank you!



---

12:43

4 People

Fri, Aug 14 at 10:06 AM

Wendell Griffin

Good morning. The Planning Board provided helpful input last night during its public meeting on Item 26-I-56. Board members emphasized the need for a regulatory framework. However, they need accessible information about how 26-I-56 differs from earlier proposals (26-I -31 and 31A) and how the