# Justice Capps — Text Message Correspondence

*Chronological screenshot compilation • May–October 2026. Screenshots are unaltered and may contain overlapping messages.*

**Screenshot 1 of 15**




EXHIBIT

5

Screenshot 2 of 15



Screenshot 3 of 15



Screenshot 4 of 15



Screenshot 5 of 15



Screenshot 6 of 15



Screenshot 7 of 15



Screenshot 8 of 15



Screenshot 9 of 15



Screenshot 10 of 15



Screenshot 11 of 15

11:45

11

NC

Natalie

ordinance and separate readings are no longer required. So if the amendment is adopted the item will be brought up for discussion and a vote tonight(10 votes to adopt).

Ok. Thanks

Thu, Sep 24 at 12:57 PM

You be able to keep us updated on the status of Judge Hyde's signature on the data center ordinance please?

I will

Tue, Sep 29 at 8:04 AM

Will the veto override vote be at full quorum court

iMessage

Screenshot 12 of 15



Screenshot 13 of 15



Screenshot 14 of 15



Screenshot 15 of 15

