# EXHIBIT 6

### Justice Julie Blackwood: Summary of Calls and Texts, Aug. 4–Sept. 3, 2026[1]

**Source:** Justice Julie Blackwood's AT&T call and text log for her line, XXX-XXX-2321, bill cycle Aug. 4–Sept. 3, 2026. Justice Blackwood produced the log as an Apple Numbers file ("Aug. 4 to Sept 3 Call Logs.numbers") with her Oct. 26, 2026 FOIA response. Minutes are billed minutes, rounded up by the carrier. The log shows contact, not content. iMessages do not appear in the log. A group text shows one row per recipient when sent and one row for the sender when received.

**Calls and Texts by Participant (District, where applicable)**

| Participant | Calls | Min. | In | Out | SMS | MMS |
|---|---|---|---|---|---|---|
| Justice Rebekah Davis (D1) | 10 | 30 | 3 | 7 | 0 | 10 |
| Justice Natalie Capps (D2) | 3 | 57 | 1 | 2 | 0 | 8 |
| Justice Kathy Lewison (D3) | 87 | 623 | 61 | 26 | 3 | 9 |
| Justice Steven Person (D5)[2] | 2 | 20 | 0 | 2 | 4 | 8 |
| Justice Donna Massey (D6) | 5 | 23 | 3 | 2 | 0 | 11 |
| Justice Dianne Curry (D7) | 0 | 0 | 0 | 0 | 0 | 5 |
| Justice Curtis Keith (D8) | 5 | 8 | 0 | 5 | 4 | 7 |
| Justice Tina Ward (D9) | 6 | 28 | 2 | 4 | 4 | 8 |
| Justice Patricia Young-Baker (D10)[3] | 7 | 40 | 3 | 4 | 4 | 8 |
| Justice Aaron Robinson (D11) | 2 | 2 | 0 | 2 | 3 | 0 |

| Participant | Calls | Min. | In | Out | SMS | MMS |
|---|---|---|---|---|---|---|
| Justice Luke McCoy (D12) | 2 | 18 | 1 | 1 | 5 | 6 |
| Justice Douglas House (D13) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Paul Elliott (D14) | 4 | 17 | 2 | 2 | 3 | 0 |
| Justice Staci Medlock (D15) | 4 | 20 | 2 | 2 | 4 | 9 |
| Judge Wendell Griffen | 26 | 165 | 18 | 8 | 0 | 23 |
| Justin Blagg, Quorum Court Coordinator | 11 | 42 | 3 | 8 | 0 | 0 |
| County office line 501-340-8310 (not attrib.) | 1 | 1 | 0 | 1 | 0 | 0 |
| All other numbers (not identified) | 532 | 2,394 | 381 | 151 | 401 | 151 |
| **Total** | **707** | **3,488** | **480** | **227** | **435** | **263** |

**Key Dates**

| Date and context | Calls with identified participants (billed min. in parentheses) | Texts with identified participants |
|---|---|---|
| **Aug. 10.** Day before the Aug. 11 Agenda Committee meeting (see Aug. 11). | **Calls:** Judge Griffen 14 (75); Mr. Blagg 1 (8); Justice Davis 5 (13); Justice Lewison 24 (98); Justice Person 1 (13); Justice Keith 1 (1); Justice Ward 2 (5); Justice Young-Baker 1 (1); Justice Medlock 1 (1). **Texts:** None. | |
| **Aug. 11.** Agenda Committee sends Item 26-I-56 to the full Quorum Court with a do-pass recommendation (13-1).[4] | Judge Griffen 1 (11); Justice Keith 3 (6); Justice Young-Baker 4 (31); Justice Elliott 1 (1). | Sent: 4 group MMS (7:52 [2], 7:56, and 10:56 p.m.), each to Judge Griffen, Justices Capps, Curry, Davis, Keith, Lewison, Massey, Medlock, Person, Ward, and Young-Baker, and 6 unidentified numbers. Received: Judge Griffen (3), Justices Curry, Lewison, and Massey (1 each). |
| **Aug. 12–13.** Planning Board discusses Item 26-I-56 at its Aug. 13 meeting. | Aug. 13 (none Aug. 12): a.m.: 10:59 from Justice Lewison (45). p.m.: 12:20 to Judge Griffen (5); 1:25 from Justice Elliott (1); 2:31 to Mr. Blagg (2); 2:35 to Justice Ward (1); 3:38 to County office line (1); 4:54 to Justice Elliott (1). | **Aug. 12.** Sent: group MMS at 9:39, 11:40, and 11:48 p.m., each to Judge Griffen, Justices Capps, Davis, Keith, Lewison, Massey, McCoy, Medlock, Person, Ward, and Young-Baker, and 1 email address. Received (any text): Judge Griffen (6), 8:43–11:51 p.m. **Aug. 13.** Sent: group MMS at 6:49 a.m. to the identified Aug. 12 recipients except Justice Keith, plus 9 unidentified numbers and a different email address.[5] Received (any text): Judge Griffen (4), Justices McCoy (3), Davis (2), Massey (2), and Medlock (1). |
| **Aug. 22 and 24.** Days before the Aug. 25 Quorum Court meeting (see Aug. 25). | Aug. 22: Justice Davis 1 (9); Justice Lewison 3 (3). Aug. 24: Justice Capps 1 (15); Justice Lewison 7 (37); Justice Ward 1 (1). | Sent: group SMS to Justices Elliott, Keith, Lewison, McCoy, Medlock, Person, Robinson, Ward, and Young-Baker (8:32 a.m. Aug. 22 [2]; 5:52 p.m. Aug. 24). |
| **Aug. 25.** Quorum Court meets at 6 p.m. Emergency clause removed. Item 26-I-56 placed on first reading.[6] | **Calls:** a.m.: 9:48 to Mr. Blagg (1); 10:24 from Mr. Blagg (2). p.m.: 1:43 from Justice Lewison (1); 1:44 from Justice Lewison (8); 2:08 from Justice Massey (1); 4:29 to Justice Massey (10); 4:39 to Justice Capps (6); 4:46 to Justice McCoy (11); 4:57 to Justice Person (7); 5:03 to Justice Davis (3); 5:06 to Justice Medlock (1); 5:07 to Justice Ward (1); 5:09 from Justice McCoy (7); 5:16 to Justice Keith (1); 5:17 to Judge Griffen (13); 5:41 to Justice Robinson (1); 5:41 to Justice Robinson (1); 5:42 from Justice Medlock (10); 9:34 from Judge Griffen (7). **Texts:** None. | |
| **Sept. 1.** 9:40 a.m. Mr. Blagg texts: "Give me a call when you have a chance please."[7] | **Calls:** 10:08 a.m. to Mr. Blagg (4); 10:11 a.m. to Mr. Blagg (1); 10:12 a.m. to Mr. Blagg (1); 10:12 a.m. to Mr. Blagg (1). **Texts:** None. | |

[1] The "Text" tab of the source file also contains 2 incoming SMS rows dated Aug. 3, 2026 (rows 703–704), both from unidentified numbers. They are included in the totals and in "All other numbers."
[2] On information and belief.
[3] On information and belief.
[4] Agenda Committee Minutes (Aug. 11, 2026); see Dkt. No. 1, Ex. 7, Encl. G (Aug. 11 group text thread).
[5] Compare Dkt. No. 1, Ex. 7, Encl. B.
[6] Dkt. No. 1 ¶¶ 209, 211.
[7] Dkt. No. 1 ¶ 213; Ex. 8. This text does not appear in the AT&T log.

EXHIBIT

6