*Screenshot 7 of 8*




EXHIBIT

8