# EXHIBIT 10

### Justice Julie Blackwood: Summary of Calls and Texts, Oct. 4–Nov. 3, 2026[1]

**Source:** Justice Julie Blackwood's AT&T call and text log for her line, XXX-XXX-2321, bill cycle Oct. 4–Nov. 3, 2026. Justice Blackwood produced the log as an Apple Numbers file ("Oct 4 to Nov. 3 Call logs.numbers") with her Oct. 26, 2026 FOIA response. Minutes are billed minutes, rounded up by the carrier. The log shows contact, not content. iMessages do not appear in the log. A group text shows one row per recipient when sent and one row for the sender when received.

**Calls and Texts by Participant**

| Participant | Calls | Min. | In | Out | SMS | MMS |
|---|---|---|---|---|---|---|
| Justice Rebekah Davis (D1) | 1 | 2 | 0 | 1 | 0 | 3 |
| Justice Natalie Capps (D2) | 0 | 0 | 0 | 0 | 0 | 3 |
| Justice Kathy Lewison (D3) | 44 | 547 | 34 | 10 | 0 | 0 |
| Justice Steven Person (D5)[2] | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Donna Massey (D6) | 2 | 21 | 1 | 1 | 0 | 4 |
| Justice Dianne Curry (D7) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Curtis Keith (D8) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Tina Ward (D9) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Patricia Young-Baker (D10)[3] | 5 | 30 | 1 | 4 | 0 | 0 |
| Justice Aaron Robinson (D11) | 0 | 0 | 0 | 0 | 0 | 0 |

| Participant | Calls | Min. | In | Out | SMS | MMS |
|---|---|---|---|---|---|---|
| Justice Luke McCoy (D12) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Douglas House (D13) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Paul Elliott (D14) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Staci Medlock (D15) | 0 | 0 | 0 | 0 | 0 | 0 |
| Judge Wendell Griffen | 4 | 22 | 1 | 3 | 0 | 6 |
| Justin Blagg, Quorum Court Coordinator | 4 | 16 | 0 | 4 | 0 | 0 |
| County office line 501-340-8310 (not attrib.) | 0 | 0 | 0 | 0 | 0 | 0 |
| All other numbers (not identified) | 426 | 2,212 | 287 | 139 | 344 | 176 |
| **Total** | **486** | **2,850** | **324** | **162** | **344** | **192** |

**Key Dates**

| Date and context | Calls with identified participants (billed min. in parentheses) | Texts with identified participants |
|---|---|---|
| **Sept. 22.** Quorum Court passes Item 26-I-56.[4] | No log produced for the Sept. 4–Oct. 3 bill cycle.[5] | No log produced for the Sept. 4–Oct. 3 bill cycle. |
| **Sept. 25.** Judge Hyde vetoes the ordinance.[6] | No log produced for the Sept. 4–Oct. 3 bill cycle. | No log produced for the Sept. 4–Oct. 3 bill cycle. |
| **Oct. 6.** Between Judge Hyde's Sept. 25 veto and the Oct. 27 override vote (see those rows). | Justice Lewison 4 (93). | Sent: group MMS at 7:25, 7:26, and 8:28 p.m. to Judge Griffen, Justices Capps, Davis, and Massey, and 16 unidentified numbers. Received: 1 MMS from Justice Massey at 4:07 p.m. |
| **Oct. 13.** At 5:23 p.m., Judge Griffen emails 13 justices, copying Mr. Blagg, the County Attorney, and Judge Hyde. He urges an Oct. 27 vote to override the veto.[7] | **Calls:** 12:03 p.m. to Justice Lewison (14); 2:39 p.m. to Justice Lewison (8); 2:53 p.m. to Justice Massey (12); 3:20 p.m. to Justice Davis (2); 3:22 p.m. to Justice Young-Baker (10). **Texts:** None. | |
| **Oct. 27.** Quorum Court votes to override Judge Hyde's veto.[8] | No entries. Call rows end Oct. 23. | No entries. Text rows end Oct. 22. |

[1] The "Text" tab of the source also contains 46 incoming SMS rows dated Oct. 1–3, 2026 (rows 497–542), all from unidentified numbers. They are included in the totals and in "All other numbers."
[2] On information and belief.
[3] On information and belief.
[4] Dkt. No. 1 ¶¶ 44, 217.
[5] Dkt. No. 1 ¶ 220.
[6] Dkt. No. 1 ¶ 47; Dkt. No. 1, Ex. 4.
[7] Email from Wendell Griffen to Quorum Court members (Oct. 13, 2026), produced by Pulaski County.
[8] Dkt. No. 1 ¶ 48.

EXHIBIT

10