Menu

ARKANSAS BLOG NEWS

# After months of turmoil, Pulaski County passes sweeping data center rules

by Elizabeth L. Cline
September 22, 2026 10:27 pm




A supporter of regulations on data centers holds up a sign at the September 22 Pulaski County Quorum Court meeting.

Credit: Brian Chilson

After nearly five months of false starts, bitter debate and packed hours-long meetings of anti-data center advocates holding signs and speaking out, the **Pulaski County Quorum Court** on Tuesday night, September 22, passed an ordinance to regulate large data centers in the unincorporated parts of the county.

The new rules, which Pulaski County Judge **Barry Hyde** has seven days to veto before they can take immediate effect under an added emergency provision, aim to regulate data centers located in the county on matters ranging from noise and fire safety concerns to water consumption.

After weeks of tension over whether the new rules would apply to **AVAIO Digital**, the company behind a $6 billion behemoth data center campus proposed for the rural Wrightsville community, AVAIO would not, JP **Julie Blackwood** told the *Arkansas Times* in an earlier call on Monday, be “grandfathered in.” “They have to go through our regulations,” she said.




EXHIBIT
11

Blackwood added that AVAIO's expansion plans, which could see it growing to a mammoth **1 gigawatt power draw**, will also fall under the ordinance. "It's supposed to be one of the biggest data centers in the United States," she said.

Fears of AVAIO filing a lawsuit against the county for what some saw as retroactively regulating the project delayed the legislative process at various times over the past several months. Blackwood said that if AVAIO wants to challenge the rules, it's a matter to be sorted out by the courts. "They will want to go ahead with their project, I'm sure, but we will have to determine it in the courts whether they can do that or not," she said.

Justice of the Peace **Diane Curry**, who was critical of the ordinance throughout the process, maintained that the ordinance involved the county attempting to regulate "something that's not under our jurisdiction," she said.

The vote prompted tears of joy and sighs of relief from many in the audience, as the meetings have become a gathering place for a growing anti-data center backlash across Arkansas.

The justices of the peace who voted in favor of Tuesday night's successful ordinance included its co-sponsors, Blackwood, Natalie Capps, Rebekah Davis and Donna Massey, as well as Luke McCoy, Kathy Lewison, Steven Person, Curtis Keith, Tina Ward, Patricia Young-Baker, and Staci Medlock. JPs Dianne Curry, Aaron Robinson, Paul Elliott — critics of the regulatory efforts, all voted no — as did Douglas House, Gov. **Sarah Sanders**' recent **appointee** to the Quorum Court, after Phil Stowers resigned amid the data center debate in June.



Adie Diaz, 26, of Little Rock, hugs JP Kathy Lewison, one of the justices who voted in support of a Pulaski County ordinance to regulate large data centers.

Credit: Brian Chilson



Wendell Griffen (left), the Democratic nominee for Pulaski County Judge, first with Griffen to sponsor the ordinance in the Pulaski County Quorum Court.

1 / 6

After the vote, the mood among those who helped shepherd the ordinance and supported it was exuberant and thankful.

**Wendell Griffen**, Democratic nominee for Pulaski County judge, drafted the original version of the ordinance **back in April** and was instrumental in advocating for the ordinance and reworking its language. Blackwood, who introduced the original ordinance and worked closely with Griffen, thanked the regulars in the room for showing up every week. "It takes a village. It takes all of us to get something done, and I just want to say thank you for everything that you've done," she said.

Blackwood and Griffen posed for selfies after the meeting, basking in their accomplishment, although Griffen warned that it's possible Hyde could veto the ordinance, which would kick the decision back to the Quorum Court in October.

During a brief public comment period, Wrightsville resident Demeter Riley, 72, thanked the Quorum Court for their vote before urging them to remain vigilant about all of the unknowns surrounding data centers. "I want to just say fire protection, noise levels, environmental health, electrical costs, water resources, property values — all of these things impact me, my family, my children, my grandchildren," Riley said, listing a litany of ill effects associated with the facilities.

Adie Diaz, 26, told the JPs in a quivering voice, holding back tears, “You all have made history tonight. You all have made a humongous step forward for fighting for the future, for my future, for the future of all of the people in this room.”

Griffen also spoke to the elected officials, remarking on how the collective knowledge about data centers evolved over the months, going from many people knowing little about the facilities to understanding and approving a complex set of rules on issues as wide-ranging as electric consumption to fire safety.

Later, Griffen told the *Arkansas Times* he believes the Pulaski County ordinance could set the stage for counties around Arkansas — and maybe even beyond. “I think it will influence the conversation, not only in Arkansas, county by county, people are going to say, ‘Hey, this is something we can regulate. We can get our minds around it,'” Griffen said.

Massey struck a similar chord, noting that JPs in other counties across Arkansas have called her, also critical of data centers, hoping to do something similar where they live.

“They don’t want data centers in their areas, and a couple of them have actually called me like, well, we can’t do anything. Well, they now see that we’ve done something, that we’re doing something, so it will give them the courage to fight,” Massey said, adding that approving the ordinance is just the beginning of getting to work on putting the rules in place.

**4 Comments** 1 **Login** ▾

G

Join the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

♡ **Share** **Best** **Newest** **Oldest**

**Tom B**

a month ago

Nice job by the local anti-data center people. Data centers are just another way the rich get richer and the not rich get nothing.

1 0 Reply Share ›

**kate2014LR .**

a month ago

So is Judge Hyde likely to veto this ordinance? I confess my ignorance about most judges, so I guess I'm asking if he's a minion of Queen Sarah, or under the influence of big business/ big tech, or is he a good guy who cares about Pulaski County and its residents?

0 0 Reply Share ›

E

**Elizabeth L. Cline** ➦ kate2014LR .

a month ago

Hyde is very much against the data center regulations and helped move the AVAIO Digital project forward behind the scenes before the public found out. That said, he is out of moves at this juncture. If he vetos the ordinance, it would return to the Quorum Court, where his veto would be overridden. His other option is to not respond at all, and the ordinance goes into effect without his approval.

2 0 Reply Share ›

**kate2014LR .** ➦ Elizabeth L. Cline

a month ago edited

Thanks for the info! He sounds pretty sleazy, at least on this issue.

0 0 Reply Share ›

**Subscribe** **Privacy** **Do Not Sell My Data**

© 2026 Arkansas Times

Powered by Newspack