**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ADP Little Rock Data Hub, LLC, et al.,

Plaintiffs,

*v.*

PULASKI COUNTY, ARKANSAS;
BARRY HYDE, in her official capacity as Pulaski County Judge;
JULIE BLACKWOOD, in her official capacity as Pulaski County Justice of the Peace

Defendants.

Civil Action

Case No. 4:26-cv-1196-LPR

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER, RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION, AND TO CONTINUE PRELIMINARY HEARING**

Comes now the Defendants, Pulaski County, Arkansas, and Barry Hyde, in his official capacity as County Judge, by and through their attorney, the Pulaski County Attorney's Office, and for its Motion for Extension of Time to File Answer, Response to Motion for Preliminary Injunction, and to Continue Hearing, respectfully states to the Court:

1. Defendants Pulaski County, Arkansas and Judge Barry Hyde are currently required to file an Answer to the Complaint on November 23, 2026, and a Response to the Plaintiff's Motion for Preliminary Injunction on or before November 13, 2026.
2. A hearing on the Plaintiff's Motion for Preliminary Injunction is currently scheduled before this Court for November 20, 2026.
3. Since receiving service of the Complaint and Motion, the County has been diligently seeking qualified legal representation from outside law firms to handle this matter.

4. Due to the nature of the allegations and parties involved, the County has encountered unexpected difficulties in securing counsel for Pulaski County and Judge Barry Hyde, as multiple firms have identified conflicts of interest or otherwise indicated an inability to accept the case at this time. Representation has been secured for Justice Julie Blackwood.

5. The County is actively continuing its search to retain outside counsel who can dedicate the necessary resources to properly evaluate the claims and advocate on the County's behalf.

6. To ensure the County is adequately represented and to allow newly retained counsel sufficient time to review the pleadings, prepare an appropriate Answer, and formulate a meaningful response to the pending motion, the County respectfully requests a two-week extension of time.

7. Specifically, the County requests a two-week extension of its deadline to file an Answer to the Complaint, a two-week extension of its deadline to file a Response to the Motion for Preliminary Injunction, and a two-week continuance of the preliminary injunction hearing currently set for November 20, 2026.

8. This request is made in good faith, with due diligence, and not for the purpose of undue delay.

9. Because the County has not issued a stop-work order and the Plaintiff’s project is actively proceeding, the Plaintiff will suffer no prejudice from the brief extension requested herein.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion, extending the deadlines to file an Answer and Response by two weeks, continuing the November 20, 2026, hearing for two weeks, and granting all other just and proper relief.

Respectfully submitted,
PULASKI COUNTY ATTORNEY'S OFFICE
201 South Broadway, Suite 400
Little Rock, Arkansas 72201
(Phone) 501-340-8285
(Fax) 501-340-8282
(Email) dlane@pulaskicounty.net

By: Dominique Lane
DOMINIQUE LANE, Ark. Bar # 2019177
Pulaski County Attorney
JENNIFER LINK, Ark. Bar # 2017173
Deputy Chief County Attorney
JOSEPH MOLINARO, Ark. Bar # 2023182
Deputy County Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this date, I have delivered a true copy of the above pleading to the Plaintiff's Attorney, Alex Jones of Kutak Rock, LLP, in accordance with Rule 5(b)(2)(C) and (E) of the Federal Rules of Civil Procedure, by certified U.S. mail with sufficient postage thereon and by email transmission.

/s/ Dominique Lane
Dominique Lane

Date: November 9, 2026