**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ADP LITTLE ROCK DATA HUB, LLC,
*Plaintiff*,

v.

PULASKI COUNTY, ARKANSAS;
BARRY HYDE, in his official capacity as Pulaski County Judge; and
JULIE BLACKWOOD, in her official capacity as Pulaski County Justice of the Peace,
*Defendants*.

No. 4:26-cv-1196-LPR

## Entry of Appearance

Noah P. Watson of Watson & Watson LLP hereby enters his appearance on behalf of Defendants Pulaski County, Arkansas, and Barry Hyde, in his official capacity as Pulaski County Judge.

Respectfully submitted,

Noah P. Watson
Ark. Bar No. 2020251

WATSON & WATSON LLP
P.O. Box 707
Searcy, Arkansas 72145
(501) 388-4514
noah@watsonlawllp.com

*Counsel for Pulaski County and County Judge Barry Hyde*