IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADP LITTLE ROCK DATA HUB LLC PLAINTIFF

V. CASE NO. 4:26-cv-1196-LPR

PULASKI COUNTY, ARKANSAS;
BARRY HYDE, in his official capacity
as Pulaski County Judge;
JULIE BLACKWOOD, in her official capacity
as Pulaski County Justice of the Peace, DEFENDANTS

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

Come now, Defendant, Julie Blackwood, in her official capacity as Pulaski County Justice of the Peace, by and through her undersigned counsel, James & Carter, PLC, and Pulaski County, Arkansas and Barry Hyde, in his official capacity as County Judge, by through their undersigned counsel, Watson & Watson LLP, and for their Unopposed Joint Motion for Extension, state as follows:

1. Plaintiff ADP Little Rock Data Hub LLC filed a Motion for Preliminary Injunction on November 4, 2026 (Doc. 8).

2. On the same day, the Court entered a text entry scheduling order (Doc. 10) setting the following deadlines:

   a. Defendants to respond to the Motion for Preliminary Injunction on or before Friday, November 13, 2026.

   b. Plaintiff may file a Reply on or before November 18, 2026.

c. The Court will hold a preliminary injunction hearing on November 20, 2026, at 11:00 a.m. local time.

3. On November 9, 2026, Separate Defendants Pulaski County and Barry Hyde filed a motion (Doc. 13) seeking a 2-week extension of all these deadlines.

4. On November 10, 2026, the Court denied the extension motion.

5. Undersigned counsel for Defendant Julie Blackwood (John T. Adams) and Separate Defendants Pulaski County and Barry Hyde (Noah P. Watson) have now entered appearances in this case and conferred with Plaintiff's counsel (Alexander T. Jones).

6. Given the voluminous record, Defendants now seek an extension only of their time to respond to the Motion for Preliminary Injunction until 10:00 a.m. local time on Monday, November 16. Defendants do not otherwise seek to amend the schedule set forth in Doc. 10 and will attend the hearing on November 20, 2026.

7. Plaintiff does not oppose this motion.

WHEREFORE, Defendants jointly request that the Court extend their deadline to file their respective responses to the pending Motion for Preliminary Injunction until on 10:00 a.m. local time on Monday, November 16.

Date: November 12, 2026

Respectfully submitted,

John T. Adams
Ark. Bar No. 2005014
JAMES & CARTER, PLC
100 River Bluff Drive, Suite 420
Little Rock, Arkansas 72202-2213
Tel 501.372.1414
jadams@jamescarterlaw.com
*Counsel for Julie Blackwood*

Noah P. Watson
Ark. Bar No. 2020251
Watson & Watson LLP
P.O. Box 707
Searcy, Arkansas 72145
(501) 388-4514
noah@watsonlawllp.com
*Counsel for Pulaski County
and County Judge Barry Hyde*