# United States District Court
# Eastern District of Arkansas
# Central Division

| | |
|---|---|
| ADP Little Rock Data Hub, LLC,<br>*Plaintiff*,<br><br>v.<br><br>Pulaski County, Arkansas;<br>Barry Hyde, in his official capacity<br>as Pulaski County Judge; and<br>Julie Blackwood, in her official capacity<br>as Pulaski County Justice of the Peace,<br>*Defendants*. | No. 4:26-cv-1196-LPR |

**Pulaski County and Judge Hyde's Motion to Dismiss**

Pulaski County and County Judge Barry Hyde, for their motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), state:

1. The Pulaski County Quorum Court enacted Ordinance 26-OR-19 (the "Ordinance") to address the noise, water, and emergency-services burdens that High-Intensity Digital Infrastructure can impose on the community.

2. ADP Little Rock Data Hub, LLC, ("Avaio") challenges the Ordinance under a hodgepodge of theories.

3. The Court should dismiss Avaio's complaint because Avaio has failed to establish Article III standing. Fed. R. Civ. P. 12(b)(1).

4. The Court should also dismiss the complaint because Avaio has failed to state claims upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

5. A brief is being filed contemporaneously with this motion and is incorporated by reference.

WHEREFORE, Pulaski County and Judge Hyde ask the Court to dismiss Avaio's complaint for lack of subject-matter jurisdiction, for failure to state claims upon which relief can be granted, and for all just and proper relief to which they are entitled.

Respectfully submitted,

Noah P. Watson
Ark. Bar No. 2020251

Watson & Watson LLP
P.O. Box 707
Searcy, Arkansas 72145
(501) 388-4514
noah@watsonlawllp.com

*Counsel for Pulaski County and County Judge Barry Hyde*