IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADP LITTLE ROCK DATA HUB LLC PLAINTIFF

V. CASE NO. 4:26-cv-1196-LPR

PULASKI COUNTY, ARKANSAS;
BARRY HYDE, in his official capacity
as Pulaski County Judge;
JULIE BLACKWOOD, in her official capacity
as Pulaski County Justice of the Peace, DEFENDANTS

**DECLARATION OF JULIE BLACKWOOD**

I, Julie Blackwood, submit the following Declaration in support my Response to the Motion for Preliminary Injunction (Doc. 8) filed by Plaintiff ADP Little Rock Data Hub LLC:

1. I first received the October 19 FOIA Request attached as Exhibit 6 to the Complaint in this case (Doc. 1 at 198-223) from Pulaski County Quorum Court Parliamentarian Justin Blagg ("Blagg") by email on October 20, 2026.

2. To the best of my recollection, I did not open that email until October 21, 2026.

3. I provided those responsive records I initially located to Blagg on October 26, 2026, which was the day that Blagg told me the responses were due on extension.

4. Blagg and County Attorney Dominique Lane assisted me in responding to the October 19 FOIA Request, and I did not interact directly with the requestor.

5. I am the only government official with access to my emails and text message. I do not use an email account or phone owned or controlled by Pulaski County.

6. As part of my response to the 10/19/26 FOIA Request, I sent Blagg logs of phone calls and text messages sent from May 4 to June 3, from June 4 to July 3, July 3 to August 3, and August 4 to September 3, and October 4 to November 3, 2006.

7. Due to challenges stemming from the sudden death of my husband, I inadvertently omitted one month of logs (the one from September 4 to October 3) from my response in error.

8. Through counsel, I have now produced the September 4-October 3 call and text message log to Blagg and copied Plaintiff ADP's counsel.

9. As part of my normal daily practice, I delete business-related text messages from my personal accounts at the end of each day. Consequently, some older messages may no longer be available in those accounts.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 16, 2026

Julie Blackwood
Julie Blackwood