AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

EASTERN District of ARKANSAS

CENTRAL DIVISION

ADP LITTLE ROCK DATA HUB, LLC

*Plaintiff*

v. ) Case No. 4:26-CV-1196-LPR

PULASKI COUNTY, ARKANSAS, ET AL )

*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADP LITTLE ROCK DATA HUB, LLC

.

Date: November 17, 2026

Frederick H. Davis, AR Bar #2012271
*Attorney's printed name and bar number*

Suite 2000
124 West Capitol Avenue
Little Rock, AR 72201-3706
*Address*

frederick.davis@kutakrock.com
*E-mail address*

(501) 975-3000
*Telephone number*

(501) 975-3001
*FAX number*