# SEPTEMBER CYCLE CALL AND TEXT SUMMARY

**Justice Julie Blackwood: Summary of Calls and Texts, Sept. 4–Oct. 3, 2026**[1]

**Source:** Justice Julie Blackwood's AT&T call and text log for her line, XXX-XXX-2321, bill cycle Sept. 4–Oct. 3, 2026 (PulaskiCounty_002653). Her counsel, John T. Adams (James & Carter, PLC), produced the log on Nov. 16, 2026, as a follow-up to her Oct. 26, 2026 FOIA response. Mr. Adams converted Justice Blackwood's Apple Numbers file to an Excel (.xls) file. Minutes are billed minutes, rounded up by the carrier. The log shows contact, not content. iMessages do not appear in the log. A group text shows one row per recipient when sent and one row for the sender when received.

**Calls and Texts by Participant**

| Participant | Calls | Min. | In | Out | SMS | MMS |
|---|---|---|---|---|---|---|
| Justice Rebekah Davis (D1) | 0 | 0 | 0 | 0 | 0 | 15 |
| Justice Natalie Capps (D2) | 0 | 0 | 0 | 0 | 0 | 15 |
| Justice Kathy Lewison (D3) | 90 | 556 | 71 | 19 | 0 | 0 |
| Justice Steven Person (D5)[2] | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Donna Massey (D6) | 0 | 0 | 0 | 0 | 0 | 16 |
| Justice Dianne Curry (D7) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Curtis Keith (D8) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Tina Ward (D9) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Patricia Young-Baker (D10)[3] | 1 | 3 | 0 | 1 | 0 | 0 |
| Justice Aaron Robinson (D11) | 0 | 0 | 0 | 0 | 0 | 0 |

| Participant | Calls | Min. | In | Out | SMS | MMS |
|---|---|---|---|---|---|---|
| Justice Luke McCoy (D12) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Douglas House (D13) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Paul Elliott (D14) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Staci Medlock (D15) | 1 | 1 | 0 | 1 | 0 | 0 |
| Judge Wendell Griffen | 5 | 12 | 3 | 2 | 0 | 19 |
| Justin Blagg, Quorum Court Coordinator | 5 | 19 | 1 | 4 | 0 | 0 |
| County office line 501-340-8310 (not attrib.) | 0 | 0 | 0 | 0 | 0 | 0 |
| Justice Blackwood's own line | 1 | 1 | 0 | 1 | 0 | 0 |
| All other numbers (not identified) | 615 | 2,886 | 459 | 156 | 428 | 374 |
| **Total** | **718** | **3,478** | **534** | **184** | **428** | **439** |

**Key Dates**

| Date and context | Calls with identified participants (billed min. in parentheses) | Texts with identified participants |
|---|---|---|
| **Sept. 10.**[4] Before the Sept. 22 vote. | **Calls:** a.m.: 10:00 from Justice Lewison (1); 10:31 from Justice Lewison (14). p.m.: 2:01 to Justice Lewison (1); 2:03 to Justice Lewison (1); 2:58 from Mr. Blagg (1); 3:01 to Mr. Blagg (7); 7:19 from Justice Lewison (10). **Texts:** None. | |
| **Sept. 21.**[5] Day before the Sept. 22 vote. | **Calls:** a.m.: 10:00 (1) and 10:24 (1) from Justice Lewison; 11:37 to Justice Lewison (47). p.m.: 2:06 (1) and 2:07 (9) to Mr. Blagg. **Texts:** None. | |
| **Sept. 22.**[6] Quorum Court passes Item 26-I-56. | **Calls:** a.m.: 11:03 to Mr. Blagg (1); 11:45 from Justice Lewison (12). p.m.: 12:00 from Justice Lewison (1); 12:00 to Justice Lewison (1); 12:00 to Justice Lewison (5); 2:48 to Justice Lewison (4); 3:48 to Justice Medlock (1); 4:01 to Justice Young-Baker (3). **Texts:** None. | |
| **Sept. 23.**[7] Day after the Sept. 22 vote. | a.m.: 10:05 (1) and 10:26 (1) from Justice Lewison; 10:48 (12) and 10:59 (2) to Justice Lewison; 11:01 (1), 11:01 (2), 11:02 (1), 11:02 (6), 11:07 (1), and 11:08 (9) from Justice Lewison. | Sent: 13 group MMS (a.m.: 7:57 [2], 7:58 [5], 7:59 [3], 8:00, and 8:09; p.m.: 1:28), each to Judge Griffen, Justices Capps, Davis, and Massey, and 16 unidentified numbers. Received: 1 MMS from Judge Griffen at 1:16 a.m. |
| **Sept. 25.**[8] Judge Hyde vetoes the ordinance. | **Calls:** a.m.: 10:03 from Justice Lewison (26). p.m.: 8:11 to Judge Griffen (1); 8:12 to Judge Griffen (2). **Texts:** None. | |
| **Sept. 29.**[9] After the Sept. 25 veto. | **Calls:** a.m.: 10:08 (1), 10:09 (1), and 10:09 (2) from Justice Lewison. p.m.: 1:24 from Judge Griffen (3); 11:19 to Justice Lewison (59). **Texts:** None. | |
| **Oct. 2.**[10] After the Sept. 25 veto. | **Calls:** a.m.: 11:27 from Judge Griffen (1); 11:27 from Judge Griffen (5). **Texts:** Received: 1 MMS from Judge Griffen at 8:59 p.m. | |

[1] September 3 is excluded as outside the report date range.
[2] On information and belief.
[3] On information and belief.
[4] PulaskiCounty_002653, Talk sheet, rows 622, 621, 610, 609, 599, 598, 593.
[5] PulaskiCounty_002653, Talk sheet, rows 425, 423, 422, 416, 415.
[6] Dkt. No. 1 ¶¶ 44, 217 (vote); PulaskiCounty_002653, Talk sheet, rows 395, 394, 392, 391, 390, 381, 380, 378.
[7] PulaskiCounty_002653, Talk sheet, rows 359–367, 369; PulaskiCounty_002653, Text sheet, rows 209–228, 243–262, 264–283, 285–484 (sent; 20 rows per post), 491 (received).
[8] Dkt. No. 1 ¶ 47; Dkt. No. 1, Ex. 4 (veto); PulaskiCounty_002653, Talk sheet, rows 322, 302, 301.
[9] PulaskiCounty_002653, Talk sheet, rows 201, 200, 199, 188, 157.
[10] PulaskiCounty_002653, Talk sheet, rows 48, 47; PulaskiCounty_002653, Text sheet, row 8.



EXHIBIT

13