**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADP LITTLE ROCK DATA HUB, LLC** **PLAINTIFF**

**vs.** **Case No. 4:26-cv-1196-LPR**

**PULASKI COUNTY, ARKANSAS;**
**BARRY HYDE, in his official capacity**
**as Pulaski County Judge;**
**JULIE BLACKWOOD, in her official capacity**
**as Pulaski County Justice of the Peace** **DEFENDANTS**

**JOINT STIPULATION**

Plaintiff ADP Little Rock Data Hub, LLC and Defendants Pulaski County, Arkansas; Barry Hyde, in his official capacity as Pulaski County Judge; and Julie Blackwood, in her official capacity as Pulaski County Justice of the Peace (collectively, the "Parties"), for their Joint Stipulation, state:

1. Plaintiff intends to elicit and submit confidential testimony and other evidence at the preliminary-injunction hearing on November 20, 2026. Plaintiff will clearly identify or mark any documents or other information it considers confidential as "Confidential."

2. Defendants do not object to the Court's admitting under seal testimony and evidence designated as confidential.

3. The Parties agree that this Joint Stipulation shall not prevent Defendants from later challenging any confidentiality designations made at the November 20 hearing as nonconfidential and not appropriate to maintain under seal.

4. The Parties have conferred and agreed to exchange witness and exhibit lists today.

5. Unless a specific objection is raised at the hearing, Defendants stipulate to the authenticity of documents produced by Defendant Pulaski County, Arkansas, in response to the

relevant Arkansas Freedom of Information Act request. Such documents will be Bates-stamped as "PulaskiCounty_XXXXX."

WHEREFORE, Plaintiff ADP Little Rock Data Hub, LLC and Defendants Pulaski County, Arkansas; Barry Hyde, in his official capacity as Pulaski County Judge; and Julie Blackwood, in her official capacity as Pulaski County Justice of the Peace, respectfully submit their Joint Stipulation to the Court and request that the Court admit under seal evidence designated as confidential at the November 20, 2026, hearing.

Respectfully submitted,

**KUTAK ROCK LLP**

/s/ Alexander T. Jones
Jess Askew III, Ark. Bar No. 86005
Alexander T. Jones, Ark. Bar No. 2015246
Frederick H. Davis, Ark. Bar No. 2012271
Shayla I. Dawson, Ark. Bar No. 2023283
Adam P. Hagler, Ark. Bar No. 2026161
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
jess.askew@kutakrock.com
alex.jones@kutakrock.com
frederick.davis@kutakrock.com
shayla.dawson@kutakrock.com
adam.hagler@kutakrock.com

*Attorneys for ADP Little Rock Data Hub, LLC*

/s/ Noah P. Watson
Noah P. Watson
Ark. Bar No. 2020251
WATSON & WATSON LLP
P.O. Box 707
Searcy, Arkansas 72145
(501) 388-4515
noah@watsonlawllp.com

*Counsel for Pulaski County and County Judge Barry Hyde*

/s/ John T. Adams
John T. Adams
Ark. Bar No. 2005014
JAMES & CARTER, PLC
100 River Bluff Drive, Suite 420
Little Rock, Arkansas 72202-2213
Tel 501.372.1414
jadams@jamescarterlaw.com

*Counsel for Julie Blackwood*