APSC FILED Time: 11/19/2026 2:25:06 PM: Recvd 11/19/2026 2:19:30 PM: Docket 26-011-P-Doc. 69

# ARKANSAS PUBLIC SERVICE COMMISSION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF ENTERGY ARKANSAS, LLC FOR A PUBLIC INTEREST FINDING REGARDING ADDITIONAL CUSTOMER PROTECTION TERMS IN THE AGREEMENT FOR ELECTRIC SERVICE WITH AVAIO DIGITAL PARTNERS | ) ) ) ) ) ) ) | DOCKET NO. 26-011-P<br>ORDER NO. 8 |

## ORDER

On October 28, 2026, Entergy Arkansas, LLC (EAL) filed with the Arkansas Public Service Commission (Commission) its *Supplemental Application* for a Commission finding that the additional customer protection terms included in EAL's Agreement for Electric Service with ADP Little Rock Data Hub, LLC, and the Agreement as a whole, to the extent found necessary, are in the public interest and meet the requirements of the Commission's *Rules Governing Promotional Practices of Electric and Gas Public Utilities* (PPRs) or, in the alternative, a Commission finding that a waiver of the application of the PPRs is in the public interest for good cause shown.

The Pulaski County Quorum Court passed Pulaski County Ordinance 26-OR-19. Consequently, the Commission propounds the following questions Entergy Arkansas, LLC (EAL):

1. Does Ordinance 26-OR-19 affect the load which is the subject of this proceeding?
2. If so, explain what protections are in place for EAL's other customers if the load that is the subject of this proceeding does not materialize as a result of Ordinance 26-OR-19?

Exhibit 1

APSC FILED Time: 11/19/2026 2:25:06 PM: Recvd 11/19/2026 2:19:30 PM: Docket 26-011-P-Doc. 69



The Commission directs EAL to provide written responses to these questions in the form of witness Supplemental Testimony. Each response shall be double spaced and in 12-point type. Each question must be fully answered. The Supplemental Testimony must be filed on or before noon on November 23, 2026.

BY ORDER OF THE COMMISSION

This 19th day of November 2026.

Doyle Webb, Chairman

Justin Tate, Commissioner

Katie Anderson, Commissioner

Karen Shook, Secretary of the Commission

I hereby certify that this order, issued by the Arkansas Public Service Commission, has been served on all parties of record on this date by the following method:

__ U.S. mail with postage prepaid using the mailing addresss of each party as indicated in the official docket file, or

X Electronic mail using the email address of each party as indicated in the official docket file