IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADP LITTLE ROCK DATA HUB LLC PLAINTIFF

V. CASE NO. 4:26-cv-1196-LPR

PULASKI COUNTY, ARKANSAS;
BARRY HYDE, in his official capacity
as Pulaski County Judge;
JULIE BLACKWOOD, in her official capacity
as Pulaski County Justice of the Peace, DEFENDANTS

**SEPARATE DEFENDANT JULIE BLACKWOOD'S MOTION TO DISMISS THE COMPLAINT**

Comes now, Separate Defendant, Julie Blackwood ("Blackwood"), in her official capacity as Pulaski County Justice of the Peace, by and through her undersigned counsel, James & Carter, PLC, and for her Motion to Dismiss the Complaint (Doc. 1) filed by Plaintiff ADP Little Rock Data Hub LLC ("ADP"), states as follows:

1. Plaintiff ADP filed its Complaint (Doc. 1) on October 29, 2026..

2. The only count of the Complaint that seeks relief against Blackwood is Count IX.

3. For the reasons stated in the accompanying brief, Count IX fails to state a claim upon which relief can be granted under Fed. R. Civ. P. 10(b)(6).

WHEREFORE, Blackwood respectfully requests that this Court dismiss the Complaint against her and for all other just and proper relief.

Date: November 20, 2026

Respectfully submitted,

John T. Adams
Ark. Bar No. 2005014
JAMES & CARTER, PLC
100 River Bluff Drive, Suite 420
Little Rock, Arkansas 72202-2213
Tel 501.372.1414
jadams@jamescarterlaw.com
*Counsel for Julie Blackwood*