FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 23, 2026
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

ADP Little Rock Data Hub, LLC

V.

Pulaski County, Arkansas, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 4:26-CV-01196-LPR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Lee P. Rudofsky | Alex Jones, Fred Davis, Jess Askew | Noah Watson and John Adams |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| PI Hearing 11/20/2026 & 11/23/2026 | Dellinger, Flora, and Kennedy | Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PLAINTIFF'S WITNESS LIST |
| | | 11/20/2026 | | | Julie Blackwood |
| | | 11/23/2026 | | | Tom Nesel |
| | | 11/23/2026 | | | Jake Nabholz |
| | | 11/23/2026 | | | Kevin Murphy |
| | | | | | |
| | | | | | DEFENDANT BLACKWOOD'S WITNESS LIST |
| | | 11/23/2026 | | | Judge Wendell Griffen |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.