IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADP LITTLE ROCK DATA HUB, LLC** **PLAINTIFF**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 2 3 2026
TAMMY H. DOWNS, CLERK
By: H. Clark DEP CLERK

vs. **Case No. 4:26-cv-1196-LPR**

**PULASKI COUNTY, ARKANSAS;**
**BARRY HYDE, in his official capacity as Pulaski County Judge;**
**JULIE BLACKWOOD, in her official capacity as Pulaski County Justice of the Peace** **DEFENDANTS**

**PLAINTIFF ADP'S EXHIBIT LIST FOR NOVEMBER 20, 2026 PRELIMINARY INJUNCTION HEARING**

| Admitted Date | Exhibit No. | Description | Date(s) |
|---|---|---|---|
| | | **VOLUME 1: ADP CONFIDENTIAL DOCUMENTS** | |
| 11-23-2026 | P1 | ADP Development Cost Summary (ADP_000057 – ADP_000058) | N/A |
| 11-23-2026 | P2 | Site Plan (ADP_000054) | N/A |
| 11-23-2026 | P3 | ADP Power Pricing Sheet – Annual Cost for Zero Utilization is $49,952,257.02 (ADP_000059) | N/A |
| 11-23-2026 | P4 | Construction Management Agreement (ADP_000384 – ADP_000552) | Undated |
| 11-23-2026 | P5 | Table – Contribution in Aid of Construction Payment Schedule (ADP_000553) | Undated |
| 11-23-2026 | P6 | Wire Payments from ADP for Land Sale (ADP_000554) | January 19, 2024 – July 31, 2026 |
| 11-23-2026 | P7 | Consultant Fee Change Order for Leo Little Rock Data Hub Project (ADP_000381 – ADP_000383) | July 8, 2024 |
| 11-23-2026 | P8 | Consultant Services Agreement (ADP_000309 – ADP_000380) | July 19, 2024 |
| 11-23-2026 | P9 | Conditional Approval of AVAIO Data Center Site Plan (ADP_000001) | December 19, 2024 |

| | Exhibit No. | Description | Date(s) |
|---|---|---|---|
| 11-23-2026 | P10 | Email from J. Cranor transmitting conditional letter of approval to ADP (ADP_000002 – ADP_000003) | December 19, 2024 |
| 11-23-2026 | P11 | Preconstruction Services Letter of Intent (ADP_000004 – ADP_000027) | May 7, 2025 |
| 11-23-2026 | P12 | Agreement for Electric Service (ADP_000028 – ADP_000042) | December 8, 2025 |
| 11-23-2026 | P13 | Special Warranty Deed #1 (ADP_000043 – ADP_000048) | December 29, 2025 |
| 11-23-2026 | P14 | Buyer's Settlement Statement #1 (ADP_000561 – ADP_000562) | December 29, 2025 |
| 11-23-2026 | P15 | Wire Confirmation (ADP_000557) | December 29, 2025 |
| 11-23-2026 | P16 | First Amendment to the Preconstruction Letter of the Intent (ADP_000768 – ADP_000776) | June 16, 2026 |
| 11-23-2026 | P17 | ADP Payment Invoice – July 8, 2026 (ADP_000555) | July 8, 2026 |
| 11-23-2026 | P18 | Second Amendment to the Preconstruction Letter of Intent (ADP_000049 – ADP_000053) | July 20, 2026 |
| 11-23-2026 | P19 | Proposed Third Amendment to the Preconstruction Letter of Intent (ADP_000777) | October 20, 2026 |
| 11-23-2026 | P20 | Proposed Fourth Amendment to the Preconstruction Letter of Intent (ADP_000778) | November 2, 2026 |
| 11-23-2026 | P21 | Special Warranty Deed #2 (ADP_000061 – ADP_000069) | August 20, 2026 |
| 11-23-2026 | P22 | Buyer's Settlement Statement #2 (ADP_000558 – ADP_000560) | August 20, 2026 |
| 11-23-2026 | P23 | Potential Tenant Email Thread #1 (ADP_000563 – ADP_000566) | October 25, 2026 – October 30, 2026 |
| 11-23-2026 | P24 | Potential Tenant Email Thread #2 (ADP_000567 – ADP_000572) | October 23, 2026 – November 3, 2026 |

| | Exhibit No. | Description | Date(s) |
|---|---|---|---|
| 11-23-2026 | P25 | ADP Payment Invoice – November 7, 2026 (ADP_000556) | November 7, 2026 |
| | P26 | Executed Buyer's Settlement Statement (ADP_000748 – ADP_000758) | August 20, 2026 |
| 11-23-2026 | P27 | Revised Commitment for Title Insurance (ADP_000730 – ADP_000747) | July 29, 2026 |
| 11-23-2026 | P28 | Correspondence regarding land closing (ADP_000718 – ADP_000729) | August 12, 2026 – August 20, 2026 |
| | P29 | Buyer Closing Documents (ADP_000703 – ADP_000717) | August 20, 2026 |
| 11-23-2026 | P30 | Buyer's Amended Settlement Statement (ADP_000700 – ADP_000702) | August 20, 2026 |
| | P31 | Correspondence regarding wire transfers for land purchase (ADP_000685 – ADP_000693) | July 15, 2026 – August 10, 2026 |
| | P32 | Eighth Addendum to Real Estate Purchase and Sale Agreement (ADP_000681 – ADP_000684) | July 29, 2026 |
| | P33 | Seventh Addendum to Real Estate Purchase and Sale Agreement (ADP_000679 – ADP_000680) | July 13, 2026 |
| | P34 | Sixth Addendum to Real Estate Purchase and Sale Agreement (ADP_000670 – ADP_000678) | February 19, 2026 |
| | P35 | Fifth Addendum to Real Estate Purchase and Sale Agreement (ADP_000667 – ADP_000669) | December 13, 2025 |
| | P36 | Wire Extension Payment Confirmation, July 8, 2025 (ADP_000665 – ADP_000666) | July 8, 2025 |
| 11-23-2026 | P37 | Outgoing Wire Confirmation from AVAIO (ADP_000664) | July 7, 2025 |
| | P38 | Email Confirming Wire Payment (ADP_000663) | July 7, 2025 |
| | P39 | Fourth Addendum to Real Estate Purchase and Sale Agreement (ADP_000661 – ADP_000662) | July 1, 2025 |

| Exhibit No. | Description | Date(s) |
|---|---|---|
| P40 | Third Addendum to Real Estate Purchase and Sale Agreement (ADP_000658 – ADP_000660) | March 24, 2025 |
| P41 | Correspondence from K. Murphy regarding extension payment (ADP_000655 – ADP_000657) | October 30, 2024 – October 31, 2024 |
| P42 | Second Addendum to Real Estate Purchase and Sale Agreement (ADP_000654) | October 22, 2024 |
| P43 | Correspondence - Confirmation of Wire Transfer Receipt (ADP_000648 – ADP_000653) | August 1, 2024 – August 7, 2024 |
| P44 | Real Estate Purchase and Sale Agreement (ADP_000629 – ADP_000647) | February 12, 2024 |
| P45 | Wire Details regarding Land Sale (ADP_000628) | August 6, 2024 |
| P46 | Email Re: Wires Heads Up / Payment to Stage (ADP_000625 – ADP_000627) | August 5, 2024 – August 6, 2024 |
| P47 | Email thread #1 regarding Escrow Agreement (ADP_000615 – ADP_000624) | January 17, 2024 – March 29, 2024 |
| P48 | Email thread #2 regarding Escrow Agreement (ADP_000606 – ADP_000614) | January 17, 2024 – March 29, 2024 |
| P49 | Amendment of Escrow Agreement (ADP_000604 – ADP_000605) | March 14, 2024 |
| P50 | First Addendum to Real Estate Purchase and Sale Agreement (ADP_000603) | March 14, 2024 |
| P51 | Executed Real Estate Purchase and Sale Agreement between (ADP_000584 – ADP_000602) | February 12, 2024 |
| P52 | Wire confirmation from title company (ADP_000581 – ADP_000583) | January 19, 2024 |
| P53 | Escrow Agreement (ADP_000573 – ADP_000580) | January 19, 2024 |
| P54 | **RESERVED** | |
| P55 | **RESERVED** | |
| P56 | **RESERVED** | |

11-23-2026

| | Exhibit No. | Description | Date(s) |
|---|---|---|---|
| | P57 | **RESERVED** | |
| | P58 | **RESERVED** | |
| | P59 | **RESERVED** | |
| | P60 | **RESERVED** | |
| | P61 | **RESERVED** | |
| | P62 | **RESERVED** | |
| | P63 | **RESERVED** | |
| | | **VOLUME 2: NONCONFIDENTIAL DOCUMENTS** | |
| | P64 | FERC Show-Cause Order to MISO (ADP_000070 – ADP_000185) (**Compl. Ex. 5**) | June 18, 2026 |
| 11-23-2026 | P65 | LIT 911 Address Issuance Letter (ADP_000055 – ADP_000056) (**Compl. Ex. 1**) | August 10, 2026 – August 24, 2026 |
| 11-23-2026 | P66 | LIT Site Plan Approval without Conditions Letter (ADP_000060) (**Compl. Ex. 2**) | August 11, 2026 |
| 11-23-2026 | P67 | Declaration of Kevin Murphy (ADP_000237 – ADP_000240) (**Motion Ex. 1**) | November 4, 2026 |
| | P68 | November 16, 2026 Omnibus Filing by MISO regarding Large Load Review, Cost Recovery, and Transmission Services (ADP_000241 – ADP_000307) | November 16, 2026 |
| | P69 | Item 26-I-56 Regulating High Intensity Digital Infrastructure (PulaskiCounty_002737 – PulaskiCounty_002771) (**Compl. Ex. 3**) | August 3, 2026 |
| 11-20-2026 | P70 | August 25, 2026 Quorum Court Meeting Video (PulaskiCounty_002607) | August 25, 2026 |
| 11-20-2026 | P71 | Transcript - August 25, 2026 Quorum Court Meeting (PulaskiCounty_002607) | August 25, 2026 |

| | Exhibit No. | Description | Date(s) |
|---|---|---|---|
| 11–20–2026 | P72 | Ordinance No. 26-OR-19 (PulaskiCounty_002695 – PulaskiCounty_002730) | Passed September 22, 2026; vetoed September 25, 2026; override October 29, 2026 |
| 11–20–2026 | P73 | September 22, 2026 Quorum Court Meeting Video (PulaskiCounty_002655) | September 22, 2026 |
| 11–20–2026 | P74 | Transcript – September 22, 2026 Quorum Court Meeting (PulaskiCounty_002655) | September 22, 2026 |
| 11–20–2026 | P75 | Hyde Veto (PulaskiCounty_002731 – PulaskiCounty_002736) **(Compl. Ex. 4)** | September 25, 2026 |
| 11–20–2026 | P76 | 26-I-71 Subdivision Amendment (House Measure) (PulaskiCounty_002687 – PulaskiCounty_002694) **(Motion Ex. 2)** | October 1, 2026 |
| 11–20–2026 | P77 | FOIA to Pulaski County (ADP_000211 – ADP_000214) **(Compl. Ex. 6)** | October 19, 2026 |
| 11–20–2026 | P78 | Letter from A. Jones to Pulaski County (ADP_000215 – ADP_000236) **(Compl. Ex. 7)** | October 27, 2026 |
| 11–20–2026 | P79 | October 27, 2026 Quorum Court Meeting Video (PulaskiCounty_002654) | October 27, 2026 |
| 11–20–2026 | P80 | Transcript – October 27, 2026 Quorum Court Meeting (PulaskiCounty_002654) | October 27, 2026 |
| 11–20–2026 | P81 | Blackwood August Phone Logs (PulaskiCounty_000639) | August 4, 2026 – September 3, 2026 |
| 11–20–2026 | P82 | Blackwood August Cycle Phone Log Summary (ADP_000199) **(Motion Ex. 6)** | August 4, 2026 – September 3, 2026 |
| 11–20–2026 | P83 | August 25, 2026 Timeline Demonstrative – Run of Calls to JPs made by Blackwood | August 25, 2026 |
| 11–20–2026 | P84 | Blackwood September Phone Logs (PulaskiCounty_002653) | September 4, 2026 – October 3, 2026 |

| | Exhibit No. | Description | Date(s) |
|---|---|---|---|
| 11-20-2026 | P85 | Blackwood September Cycle Phone Log Summary (ADP_000308) **(Reply Ex. 13)** | September 4, 2026 – October 3, 2026 |
| 11-20-2026 | P86 | Blackwood October Phone Logs - Texts end October 22; Calls end October 23 (PulaskiCounty_000643) | October 4, 2026 – October 23, 2026 |
| 11-20-2026 | P87 | Blackwood October Cycle Phone Log Summary (ADP_000198) **(Motion Ex. 10)** | October 4, 2026 – October 23, 2026 |
| | P88 | Text Message from Griffen – "Kathy, Natalie, Rebekah & Wendell.pdf" (PulaskiCounty_000609) | May 26, 2026 |
| | P89 | Email from Griffen to JPs explaining Article 9 – Non-Retroactivity (PulaskiCounty_000753 - PulaskiCounty_000754) | June 8, 2026 |
| | P90 | Email thread between P. Young-Baker, Griffen, and N. Capps – Blagg and other JPs CC'd (PulaskiCounty_001614 - PulaskiCounty_001620) | June 9, 2026 |
| | P91 | Texts between Mike Poe and Julie Blackwood – Wendell, +1 (501) 256-4752, +1 (501) 681-3622 & +1 (501) 952-4043 (PulaskiCounty_000612 – PulaskiCounty_000615) | July 23, 2026 |
| | P92 | Email from Griffen regarding meeting with Blackwood (PulaskiCounty_001807) | August 5, 2026 |
| | P93 | Group Text from Griffen, JPs, and Constituents (PulaskiCounty_000629 – PulaskiCounty_000631) | June 17, 2026 - August 11, 2026 |
| | P94 | Group Text from Griffen to JPs (PulaskiCounty_000627 – PulaskiCounty_000628) | August 12, 2026 |
| | P95 | Group Messages from Griffen to JPs, messages missing (PulaskiCounty_000617 – PulaskiCounty_000618) | August 13, 2026 – August 14, 2026 |
| 11-20-2026 | P96 | Email from Blackwood to JPs with Ordinance Comparisons (PulaskiCounty_002080 – PulaskiCounty_002085) **(Motion Ex. 7)** | August 14, 2026 |

| Exhibit No. | Description | Date(s) |
|---|---|---|
| P97 | Emails between Blackwood and Blagg regarding I-56 (PulaskiCounty_001895) | August 17, 2026 |
| P98 | Joint Memorandum from Blackwood, R. Davis, N. Capps, and D. Massey to Planning Board (PulaskiCounty_001827 – PulaskiCounty_001828) | August 17, 2026 |
| P99 | Email from Griffen to Blackwood (PulaskiCounty_001933 – PulaskiCounty_001935) **(Motion Ex. 9)** | September 18, 2026 |
| P100 | News Article quoting Justice Blackwood (ADP_000194 – ADP_000197) **(Motion Ex. 11)** | September 22, 2026 |
| P101 | Email from Griffen with 26-I-71 Analysis (PulaskiCounty_001996 – PulaskiCounty_001997) | October 13, 2026 |
| P102 | Email from Liz Fletcher to N. Capps and Blackwood (PulaskiCounty_001007) | October 23, 2026 |
| P103 | Griffen Facebook Post regarding AVAIO (ADP_000201 – ADP_000210) **(Motion Ex. 12)** | October 24, 2026 |
| P104 | Letter from Blackwood about her practices regarding deleting emails (PulaskiCounty_000520) | October 26, 2026 |
| P105 | Example Production from Blackwood showing non-compliance with FOIA requirements (PulaskiCounty_000592) | October 26, 2026 |
| 11-20-2026 P106 | Texts between JPs N. Capps, R. Davis, and Blackwood and Judge Griffen (PulaskiCounty_001011 – PulaskiCounty_001018) **(Motion Ex. 3)** ("think it violates open meeting laws") (September 1, 2026) (PulaskiCounty_001036) | May 26, 2026 – September 22, 2026 |
| 11-20-2026 P107 | Blackwood Declaration Attached to Response **(Dkt. No. 22-1)** | November 16, 2026 |
| P108 | Text Messages between Blagg and Blackwood (PulaskiCounty_001078 - PulaskiCounty_001086) **(Motion Ex. 8)** | April 14, 2026 – October 13, 2026 |

| Exhibit No. | Description | Date(s) |
|---|---|---|
| P109 | Text Messages – Blagg and N. Capps (PulaskiCounty_001101 - PulaskiCounty_001115) **(Motion Ex. 5)** | May 19, 2026 – October 21, 2026 |
| P110 | Email from McCoy to Lane (PulaskiCounty_002089 – PulaskiCounty_002090) | August 12, 2026 |
| P111 | Email from Griffen pushing for 26-I-56 as Agenda Item (PulaskiCounty_001931 – PulaskiCounty_001932) | September 8, 2026 |
| P112 | Email from Blagg (blank To: line) regarding FOIA request from A. Jones (PulaskiCounty_001998) | October 20, 2026 |
| P113 | Correspondence between Blagg and A. Jones regarding Blackwood's missing messages (PulaskiCounty_000517 – PulaskiCounty_000519) | October 26, 2026 |
| P114 | Blagg Call Log with Blackwood (PulaskiCounty_001069 – PulaskiCounty_001077) | March 20, 2026 – October 27, 2026 |

| | | |
|---|---|---|
| 11-20-2026 | **P115** | **Blackwood Exhibits 5, 14, 15, 43, 57, 73, 107, 247, 299, 361, and 387** |
| 11-23-2026 | **P116** | **Blackwood 1032** |
| 11-23-2026 | **P117** | **Addition to Blackwood P116 Exhibit (ADP 782)** |
| 11-23-2026 | **P118** | **Explanatory Document Produced on Behalf of Julie Blackwood** |
| 11-23-2026 | **P119** | **Blackwood 49 through Blackwood 59** |
| 11-23-2026 | **P120** | **Arkansas Times Article** |